James M. Barrett, OSB No. 011991
james.barrett@ogletreedeakins.com
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500
Portland, OR  97201
Telephone:     503-552-2140
Fax:                503-224-4518
    Attorneys for Defendants

Ashley A. Marton, OSB No. 171584
ashley@employmentlaw-nw.com
Crispin Employment Law PC
1834 SW 58th Avenue, Suite 200
Portland, OR 97221
Tel:  503.293.5770
Fax:  503.293.5766

Alana G. I. Simmons, OSB No. 143456
alana@daltonlawfirm.com
The Dalton Law Firm
1400 SW Montgomery St.
Portland, OR  97201
Tel:  503.253.6029
Fax:  503.212.4439
    Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| AFFOUET MARIE PRICE,<br><br>            Plaintiff,<br><br>      v.<br><br>PRECISION WIRE COMPONENTS, LLC, et al.,<br><br>            Defendants. | Case No.: 3:19-cv-00957-JR<br><br>**STIPULATED DISMISSAL OF CLAIMS WITH PREJUDICE**<br><br>(Fed. R. Civ. P. 41(a)(1)(A)(ii)) |

1 – STIPULATED DISMISSAL OF CLAIMS WITH PREJUDICE

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone:  503-552-2140 | Fax: 503-224-4518

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to a dismissal of this action in its entirety WITH PREJUDICE and without an award of fees or costs to either party.

STIPULATED AND AGREED to this 11th day of August, 2020.

| CRISPIN EMPLOYMENT LAW PC | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| By: s/ Ashley A. Marton[1]<br>  Ashley A. Marton, OSB No. 171584<br>  ashley@employmentlaw-nw.com | By: s/ James M. Barrett<br>  James M. Barrett, OSB No. 011991<br>  james.barrett@ogletreedeakins.com |
| THE DALTON LAW FIRM | Attorneys for Defendants<br>Precision Wire Components, LLC, Erika Olson, Rodolfo Quintanilla, and Judy Ford |
| By: s/ Alana G. I. Simmons[2]<br>  Alana G. I. Simmons, OSB No. 143456<br>  alana@daltonlawfirm.com | |
| Attorneys for Plaintiff Affouet Marie Price | |

---

[1] Permission to affix electronic signature granted by email dated August 11, 2020.

[2] Permission to affix electronic signature granted by email dated August 11, 2020.

2 – STIPULATED DISMISSAL OF CLAIMS WITH PREJUDICE

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone: 503-552-2140 | Fax: 503-224-4518

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2020, I served the foregoing **STIPULATED DISMISSAL OF CLAIMS WITH PREJUDICE** on:

| | |
|---|---|
| Alana G. I. Simmons, OSB No. 143456<br>The Dalton Law Firm<br>1400 SW Montgomery St.<br>Portland, OR  97201<br>Tel:  503.253.6029<br>Fax:  503.212.4439<br>alana@daltonlawfirm.com | Ashley A Marton, OSB No. 71584<br>Crispin Employment Law PC<br>1834 SW 58th Ave., Suite 200<br>Portland, OR  97221<br>Tel:  503 293-5769<br>ashley@employmentlaw-nw.com |

Of Attorneys for Plaintiff Affouet Marie Price

- ■ by **electronic** means through the Court's eFile and Serve system.

- ☐ by **mailing** a true and correct copy to address for the persons listed above.

- ☐ by causing a true and correct copy to be **hand-delivered** to the address of each person listed above.  It was contained in a sealed envelope and addressed as stated above.

- ☐ by causing a true and correct copy to be delivered **via overnight courier** to the last known address of each person listed above.  It was contained in a sealed envelope, with courier fees paid, and addressed as stated above.

- ☐ by **e-mailing** a true and correct copy to the persons listed above.

Dated: August 11, 2020.

s/ Kai A. Jones
Kai A. Jones, Practice Assistant
kai.jones@ogletree.com
503.552.2140

43793945.1

1 – CERTIFICATE OF SERVICE

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone:  503-552-2140 | Fax: 503-224-4518