IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

AFFOUET MARIE PRICE,

                Plaintiff(s),

    v.

PRECISION WIRE COMPONENTS,
LLC, et al.,

                Defendant(s).

Civil No. 03:19-cv-00957-JR

**ORDER OF DISMISSAL**

Based on the parties' Stipulation of Dismissal [30],

IT IS ORDERED that this action in its entirety is DISMISSED with prejudice and without an award of fees or costs to either party. Pending motions, if any, are DENIED AS MOOT.

Dated this 11th day of August, 2020.

                by   /s/ Jolie A. Russo
                      Jolie A. Russo
                      United States Magistrate Judge